# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY CUSTER,<br><br>          Plaintiff,<br><br>v.<br><br>CRISTO ARMSTRONG POWERS, INC.<br>d/b/a INTERNATIONAL RECOVERY<br>SYSTEMS and MICHAEL C. PARILLO<br>d/b/a RIVERSIDE CHIRO – MED<br>CENTER.<br><br>          Defendants. | **Case No.: 8:20-cv-154-JLS-ADS**<br><br>**JUDGMENT** |

The Court, having granted Plaintiff's Motion for Default Judgment against Defendant, and having ordered that Plaintiff may file a separate motion pursuant to L.R. 55-3 to request her reasonable attorney's fees and costs. (Doc. 24), **HEREBY ENTERS JUDGMENT AS FOLLOWS:**

1. Judgment is entered in favor of Plaintiff Mary Custer and against Defendant Cristo Armstrong Powers Inc. d/b/a International Recovery Systems.

2.   Judgment is entered against Defendant Cristo Armstrong Powers Inc. d/b/a International Recovery Systems in the amount of $2,000.00 in statutory damages.

3.   Plaintiff may file a separate a motion pursuant to L.R. 55-3 to request her reasonably attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: July 29, 2020

_____
Honorable Josephine L. Staton
United States District Judge